UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: 12-9436

                                  :

v.                                :          CRIMINAL ACTION

                                  :
Deanna Myers                      :          ORDER OF RELEASE
                                  :

    The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

    (3) The defendant shall appear at all future court proceedings;

    (4) Other: _____


_____          12/20/12
DEFENDANT                                  DATE


    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____
DATE